# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2022-2406
_____

JOHN J. BANKS,

Appellant,

v.

GAINESVILLE POLICE
DEPARTMENT,

Appellee.

_____

On appeal from the Circuit Court for Alachua County.
Robert K. Groeb, Judge.

May 14, 2024

PER CURIAM.

AFFIRMED.

LEWIS, NORDBY, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

John J. Banks, pro se, Appellant.

Lee C. Libby, Assistant City Attorney, Gainesville, for Appellee.